**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02292-NYW

UNITED STATES OF AMERICA,

    Petitioner,

v.

SCOTT D. WEDEL,

    Respondent.

---

**ORDER**

---

Magistrate Judge Nina Y. Wang

    This matter is before the court on the United States' Petition for Judicial Levy on Principal Residence ("Petition") [#1] filed on October 15, 2015. In the Petition, the United States requests the court to issue an order allowing the Internal Revenue Service to place an administrative levy upon Respondent Scott Wedel's interest in the property located at 250 Caribou Lane, Steamboat Springs, Colorado, 80487 to satisfy Respondent's outstanding federal income taxes, penalties, interest, and other statutory additions for the income tax years 2002, 2005, and 2006. [*Id*].

    On October 21, 2015, this court issued an Order to Show Cause directing Respondent to file an objection to the Petition within twenty-five (25) days of the Order, demonstrating that his liabilities had been satisfied; that his liabilities could be satisfied from other assets; or that applicable laws and administrative procedures were not properly followed by the Internal Revenue Service. [#4 at 1-2]. Respondent was specifically warned that failure to file an

objection would lead to entry of an order approving an administrative levy by the Internal Revenue Service on Respondent's interest in the property located at 250 Caribou Lane, Steamboat Springs, Colorado, 80487.  Respondent was served on October 26, 2015 [#5], the time to file an objection has lapsed, and Respondent has not filed an objection.

Accordingly, **IT IS ORDERED** that:

(1) The Petition for Judicial Approval of Levy on Principal Residence [#1] is **APPROVED**; and

(2) The hearing set for December 16, 2015, at 9:30 a.m. is **VACATED**.

DATED: November 27, 2015                           BY THE COURT:

                                                  s/Nina Y. Wang_____
                                                  United States Magistrate Judge

: